IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF IOWA, ex rel. WESLEY SCHLEIFER, M.D., **Plaintiffs,** vs. THOMAS J. DOBLEMAN, M.D., BOYS TOWN NATIONAL RESEARCH HOSPITAL, CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE SYSTEM LLC t/a CREIGHTON UNIVERSITY MEDICAL CENTER, ALEGENT HEALTH-BERGAN MERCY HEALTH SYSTEM t/a ALEGENT HEALTH-BERGAN MERCY MEDICAL CENTER, and OUTPATIENT SURGICAL SPECIALTIES CENTER, LLC, **Defendants.** | 8:12CV256 ORDER SEALED |

Upon consideration of the *ex parte* application (Filing No. 13) of the United States of America and the State of Iowa ("Government"), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for a six month extension of time in which to determine whether or not to intervene in the above-captioned *qui tam* action, and good cause having been shown, it is hereby:

**ORDERED** that the Government shall have until and including October 21, 2013, to intervene in the above-captioned action or to notify the Court that it declines to do so;

**IT IS FURTHER ORDERED** that the Complaint and all other filings in this case shall remain under seal until and including October 21, 2013, upon order of this Court, unless the Government requests that the seal be lifted prior to that date.

Dated this 22nd day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge