IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF IOWA, *EX REL*. WESLEY SCHLEIFER, M.D.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THOMAS J. DOBLEMAN, M.D., BOYS TOWN NATIONAL RESEARCH HOSPITAL, CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE SYSTEM, L.L.C t/a CREIGHTON UNIVERSITY MEDICAL CENTER, ALEGENT HEALTH-BERGAN MERCY MEDICAL CENTER, and OUTPATIENT SURGICAL SPECIALTIES CENTER, LLC;<br><br>        Defendants. | 8:12CV256<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Relator Wesley Schleifer, M.D.'s Notice of Voluntary Dismissal (Filing No. 33) and the United States' and the State of Iowa's Notice of Consent to Voluntary Dismissal of Relator's Complaint (Filing No. 34). The notices comply with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that dismissal of the above-captioned action should be approved. The Complaint in the above-captioned action should be dismissed with prejudice as to Relator and without prejudice as to the United States and the State of Iowa. The Court will not assess costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. Relator Wesley Schleifer, M.D.'s Notice of Voluntary Dismissal (Filing No. 33) and the United States' and the State of Iowa's Notice of Consent to Voluntary Dismissal of Relator's Complaint (Filing No. 34) are approved;

2

2. The Complaint in the above-captioned action should be dismissed with prejudice as to Relator and without prejudice as to the United States and the State of Iowa; and

3. The Court will not assess costs and attorney's fees.

Dated this 8th day of December, 2014

           BY THE COURT:

           s/Laurie Smith Camp
           Chief United States District Judge